FILED

NOV 4 2019

Ma~~ ~~~rt, Clerk
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Spencer Thomas Cato
_____
Plaintiff

vs.

Ciera Freeman
_____
Brian Boeheim
_____

_____
Defendant(s)

**19 CV 594 GKF - FHM**

Case Number:
(To be supplied by Court Clerk)

| Current Location (including Address) of Confinement : | Prisoner Number: |
|---|---|
| Tulsa County Jail - David L. Moss 300 North Denver Avenue Tulsa, Okla - 74103 | # 1162025 |

### CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

**A.   Parties**

1) Spencer Cato is a citizen of Oklahoma who presently resides at
(Plaintiff)                                    (State)

Tulsa County Jail - David L. Moss  300 North Denver Ave Tulsa, OK 74103
(Mailing address or place of confinement)

2)   Defendant Ciera Freeman is a citizen of Tulsa, Oklahoma,
(Name of first defendant)                    (City, State)

and is employed as Private Attorney - Private Practice .
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of
state law? [X] Yes [ ] No

If your answer is yes, briefly explain: She Was paid and hired as my
defense Attorney in two open charges pending against
the plaintiff.

3)   Defendant Brian Boeheim is a citizen of Tulsa, Oklahoma,
(Name of second defendant)                    (City, State)

and is employed as Private Attorney - Private Practice .
(Position and title, if any)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of
state law? [ ] Yes [ ] No

If your answer is yes, briefly explain: He was paid and hired as my defense
Attorney.

Civil Rights Complaint Pursuant to 42 U.S.C. § 1983        1        PR-01 (07/08)

*[You may attach one additional page (8 ½" x 11") to furnish the above information for additional defendants.]*

B.    **Jurisdiction**

1)   Jurisdiction is asserted pursuant to: (Check one)

☒ 42 U.S.C. §1983 (applies to state prisoners)

☐ Bivens *v Six Unknown Named Agents of Fed. Bureau of Narcotics* 403 U.S. 388 (1971) and 28 U.S.C. §1331 (applies to fed. prisoners)

2)   Jurisdiction also is invoked pursuant to 28 U.S.C. §1343(a)(3).  (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

C.    **Nature of Case**

1)   Briefly state the background of your case. See    Negligence   claim    attachment         (2  pages)

D.    **Cause of Action**

1)   I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: *[If necessary, you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.]*

a)       (1) Count I:    Legal Malpractice

_____

(2)  Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

_____

_____

_____

b)       (1) Count II:    Negligence

_____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

c)      (1) Count III: _____ Legal injury _____

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**E.      Request for Relief**

1) I believe that I am entitled to the following relief: Actual and Punitive Damages      and injunctive relief.

_____                     A. Cato - Spencer Cato
Original Signature of Attorney (if any)                  Original Signature of Plaintiff

_____

Attorney's full address and telephone number

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct.  28 U.S.C. §1746. 18 U.S.C. §1621.

Executed at _David L. Moss  300 N. Denver Ave_ on _10/25/2019_ .
(Location)  _Tulsa, Oklahoma 74103_           (Date)

_Spencer Cato_
(Original Signature of Plaintiff)

Page
1

10/25/2019

## Cause of Action

1) Ciera Freeman and Brian Boeheim are attorneys and practice law from their private, law firm in Tulsa, Oklahoma.

2) Spencer Cato hired and paid Ciera Freeman and Brian Boeheim to be private attorneys in two of his criminal cases, provided Contacts information

3) Ciera Freeman entered as Spencer Cato attorney for two criminal cases on August 10th, 2017. In Tulsa County District Court.

4) On January 18th, 2018 in my 2016 case Brian Boeheim entered as my representation on OCIS (court minutes).

5) On October 26th, 2018 two bench warrants for failure to appear were order, with an additional New criminal charge with a warrant of Arrest filed against Spencer Cato for Domestic Assault and Battery by Strangulation.

6) Spencer Cato was out on Bond for both CF-2016-3700 posted 6/24/2016 and CF-2017-3445 posted 7/31/2017.

page
2

7) On October 26th, 2018  an Court appearance
for Spencer Cato in Tulsa County
District Court was in session in front
of Judge William LaFortune, Spencer Cato
was not present during hearing and Ciera
Freeman and Brian Boeheim didnot
contact client Spencer Cato to be present.

8) On November 1st, 2018  the Tulsa County
District Court issued bench warrant
for failure to appear  against Spencer
Cato.

9) On November 5th, 2018  Spencer Cato
visit the law offices of Boeheim and
Freeman  of Ciera Freeman and Brian
Boeheim to make additional installment
payments at that moment Ciera Freeman
for the first time inform Client Spencer
Cato of and  New Charges being
filed.

10) On November 15th Spencer Cato during a
Court hearing in Judge LaFortune Courtroom
was place in Custody for New Charges
with Warrant of Arrest and two Bench
Warrants.

10/22/2019

(FJ 1)

1 of 2

"Person injury" &
"Negligent Offense"
* Negligence - Legal Malpractice - Legal injury *
irreparable Damages
Negligence Claim

(1) Ciera Freeman and Brian Boeheim were
both hire as paid private attorneys
for CF-2016-3700 and CF-2517-3415
cases and their duty to represent me
in the Courts of law in a professional
manner failed. (2) Breach of duty occured when the Attorney
egligence to Communicate with their client came about
for an Oct. 26, 2018 court appearance resulted
in a failure to appear, when a reasonably
prudent person - Attorney would have made
every effort to ask the Judge for time to
contact their client to make it to court before
an final decision was made by the Judge to file
bench warrant(s) for failure to appear. Also in
regard to CF-2018-4917 the client was not
inform by his legal Attorneys that New
charges were filed against him until he
went to make a legal fee payment at the
office of Boeheim Freeman Law firm on (11-05-18)
Nov. 5, 2018. (3) The damages of legal injury are:
the client was taken in to custody on
Nov. 15, 2018 for failure to appear and New
charges (CF-2018-4917) Which result from the
(4) chain of Causation from the Attorneys
actions or lack of action to inform client.

Spencer Thomas Cato

10/22/2019

Spencer Thomas Cato will be referred to in this Summary as client describing the negligence, legal malpractice, and legal injury claim.

DLM Mailroom
300 N Denver Ave
Tulsa, OK 74103

USPS CERTIFIED MAIL

9214 8901 9294 1100 2354 77

UNITED STATES NORTHERN DISTRICT COURT CLERK
333 W 4TH ST STE 411
TULSA OK 74103-3819

FIRST-CLASS MAIL

$007.45⁰

US POSTAGE

neopost
10/25/2019

ZIP 74127
041M12251097

Post marked 10-25-19
AG

CERTIFIED MAIL

PS Form 3800  6.06  USA 05-09 CME 303 9x12

RECEIVED

NOV 0 4 2019

Mark C. McCartt, Clerk
U.S. DISTRICT COURT